Joshua H. Haffner, SBN 188652
*jhh@haffnerlawyers.com*
Nicholas I. Myers, Esq. SBN 322661
*nm@haffnerlawyers.com*
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Louis J. Cutrone, SBN 185151
**CUTRONE & ASSOCIATES**
15260 Ventura Boulevard
Sixth Floor, Suite 670
Sherman Oaks, California 91403
Tel: (818) 344-1737
Fax: (818) 921-7720

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA C. FARELAS; DAVID FARELAS; SILVIA FARELAS, as Successor in Interest to the ESTATE OF ADINE ELAINE FARELAS, <br><br> Plaintiffs, <br><br> v. <br><br> ESTATE OF NOURI D. HIJAZI; MARK SCHECK, et al., <br><br> Defendants. | CASE NO.: 5:19-CV-00176 RGK (SKHX) <br><br> **NOTICE OF SETTLEMENT** <br><br> (Assigned for all purposes to the Hon. R. Gary Klausner) |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a settlement of the above-captioned matter in its entirety has been reached as to all parties and all causes of action. Plaintiffs shall file with the court a stipulation and proposed order regarding dismissal of the entire action with prejudice within 45 days or sooner upon execution of the settlement documents.

In light of the settlement, the parties respectfully request that all hearings and deadlines be vacated pending the filing of the stipulation regarding dismissal with prejudice.

Plaintiffs are filing this Notice with Defendant Serco, Inc.'s review and prior approval of same.

DATED: November 14, 2019					Respectfully Submitted,


							By:	/s/ Joshua H. Haffner
								Joshua H. Haffner, Esq.
								Louis J. Cutrone, Esq.
								Nicholas I. Myers, Esq.
								*Attorneys for Plaintiffs*