1  Louis J. Cutrone, Esq. (State Bar No. 185151)
   CUTRONE & ASSOCIATES
2  15260 Ventura Blvd., Suite 670
   Sherman Oaks, California 91403
3  Telephone:  (818) 344-1737
   Facsimile: (818) 921-7720
4  Email:  lou@cutronelaw.com

5  Joshua Haffner (State Bar No. 188652)
   Graham G. Lambert (State Bar No. 303056)
6  Michael K. Teiman (State Bar No. 319528)
   HAFFNER LAW PC
7  445 S. Figueroa Street, Suite 2625
   Los Angeles, CA 90071
8  Telephone: (213) 514-5681
   Facsimile: (213) 514-5682
9  Email:  jhh@haffnerlawyers.com
            gt@haffnerlawyers.com
10           mt@haffnerlawyers.com

11 Attorneys for Plaintiffs

12 Kevin R. Sutherland (State Bar No. 163746)
   Christian T. Johnson (State Bar No. 288198)
13 Autumn E. Lewis (State Bar No. 295584)
   CLYDE & CO US LLP
14 101 Second Street, 24th Floor
   San Francisco, California 94105
15 Telephone: (415) 365-9800
   Facsimile: (415) 365-9801
16 Email: kevin.sutherland@clydeco.us
           christian.johnson@clydeco.us
17          autumn.lewis@clydeco.us

18 Attorneys for Defendant
   SERCO INC.
19

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA C. FARELAS; DAVID FARELAS; SILVIA FARELAS, as Successor in Interest to the ESTATE OF ADINE ELAINE FARELAS,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NOURI D. HIJAZI, a.k.a. NOUR D. HIJAZI; ESTATE OF NOURI HIJAZI, a.k.a. ESTATE OF NOUR D. HIJAZI; ESTATE OF DANUTA HIJAZI; MARK SCHECK as Personal | Case No.: 5:19-cv-00176 RGK (SKHx)<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE |

STIPULATION RE DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | Representative of the ESTATE OF ) |
| 2 | NOURI HIJAZI; LORI SCHECK as ) Personal Representative of the ) |
| 3 | ESTATE OF NOURI HIJAZI; HIJAZI ) LIVING TRUST; RICHARD PIERCE ) as Trustee of the HIJAZI LIVING ) |
| 4 | TRUST; SERCO, INC.; SERCO ) GROUP, PLC; DARRELL D. ) |
| 5 | BLOOMER; TEXTRON INC. dba ) TEXTRON AVIATION; ) |
| 6 | RAINCROSS FUEL & OIL, INC.; ) and DOES 1 through 85, inclusive, ) |
| 7 | ) |
| 8 | Defendants. ) |

IT IS HEREBY STIPULATED by and between plaintiffs Silvia C. Farelas; David Farelas; Silvia Farelas, As Successor In Interest to the Estate of Adine Elaine Farelas and defendant Serco Inc., by their attorneys of record, that plaintiffs' complaint be and hereby is dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear their own fees and costs of suit.

IT IS SO STIPULATED.

Dated: December 17, 2019          CLYDE & CO US LLP

By: /s/ Kevin R. Sutherland
    KEVIN R. SUTHERLAND
    CHRISTIAN T. JOHNSON
    AUTUMN E. LEWIS
    Attorneys for Defendant
    SERCO INC.

Dated: December 17, 2019          CUTRONE AND ASSOCIATES

By: /s/Louis J. Cutrone*
    LOUIS J. CUTRONE

    -and-
    HAFFNER LAW PC
    JOSHUA HAFFNER
    GRAHAM LAMBERT
    MICHAEL K. TEIMAN
    Attorneys for Plaintiffs
    SILVIA C. FARELAS and
    DAVID FARELAS
    *Signed by permission given by email December 17, 2019.

6450454

-2-

STIPULATION RE DISMISSAL WITH PREJUDICE

<div style="float:left">CLYDE & CO US LLP<br>101 Second Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (415) 365-9800</div>

# PROOF OF SERVICE

## STATE OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105.

On December 17, 2019, I served the document(s) described as:

**STIPULATION RE DISMISSAL WITH PREJUDICE**

on the parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2019, at San Francisco, California.

_____
Patricia Inabnet

# SERVICE LIST

Louis J. Cutrone, Esq.
CUTRONE & ASSOCIATES
15260 Ventura Blvd., Suite 670
Sherman Oaks, California 91403
Tel: (818) 344-1737
Fax: (818) 921-7720
Email: lou@cutronelaw.com

 and

Joshua Haffner, Esq.
HAFFNER LAW PC
445 S. Figueroa Street, Suite 2625
Los Angeles, CA 90071
Phone: (213) 514-5681
Direct Dial: (213) 516-8198
Fax: (213) 514-5682
Email: jhh@haffnerlawyers.com

Attorneys for Plaintiffs
SILVIA C. FARELAS; DAVID FARELAS; SILVIA FARELAS, as Successor in Interest to the ESTATE OF ADINE ELAINE FARELAS

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

6450454

-4-
STIPULATION RE DISMISSAL WITH PREJUDICE